**No. 68455.**—British Auto Parts, Inc., et al. *v.* United States, protests 58/10322, etc. (San Francisco).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of hand-operated windshield washers, which are mechanical contrivances having movable parts for utilizing, applying, or modifying energy

or force or for the transmission of motion, the claim of the plaintiffs was sustained.